**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Yuri Birg v. Specialized Loan Servicing

Case Number: 1:24-vc-02053

An appearance is hereby filed by the undersigned as attorney for:

Yuri Birg and Ilana Birg, Plaintiffs

Attorney name (type or print): Arthur C. Czaja

Firm: Law Office of Arthur C. Czaja

Street address: 7521 N. Milwaukee Ave.

City/State/Zip: Niles/IL/60714

Bar ID Number: 6291494
(See item 3 in instructions)

Telephone Number: 847-647-2106

Email Address: arthur@czajalawoffices.com

Are you acting as lead counsel in this case? ☑ Yes ☐ No

Are you a member of the court's general bar? ☑ Yes ☐ No

Are you a member of the court's trial bar? ☐ Yes ☑ No

Are you appearing *pro hac vice*? ☐ Yes ☑ No

If this case reaches trial, will you act as the trial attorney? ☐ Yes ☑ No

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
  If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on March 11, 2024

Attorney signature: S/ Arthur C. Czaja
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023